UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9159** |
| **ROBERT TANNER** | **SECTION: "S"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

  **IT IS ORDERED** that the federal application for habeas corpus relief filed by Ronald Alexander is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __3rd__ day of ____November____, 2020.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**